UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>AN PHUONG, LLC, et al.,<br><br>          Defendants. | Case No.18-cv-07355-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The Court having been informed that the parties have settled the dispute between them, all previously scheduled deadlines and appearances are VACATED.

On or before **May 21, 2019**, plaintiff Scott Johnson and defendants Lorraine Tamayo and Enrique Olmos Tejeda shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because Ms. Tamayo and Mr. Tejeda have filed an answer, they and Mr. Johnson must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

On or before **May 21, 2019**, Mr. Johnson shall file a voluntary dismissal of his claims against defendant An Phuong, LLC ("An Phuong") pursuant to Fed. R. Civ. P. 41(a)(1)(i). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because An Phuong has not yet appeared or responded to the complaint, Mr. Johnson must file a notice of dismissal pursuant to Rule 41(a)(1)(i).

If dismissals are not filed by the specified date, then the parties shall appear in Courtroom 2, Fifth Floor, 280 South First Street, California on **June 4, 2019, 10:00 a.m.** and show cause, if

any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **May 28, 2019** advising as to (1) the status of their activities in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: March 22, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge