UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>AN PHUONG, LLC, et al.,<br><br>    Defendants. | Case No.18-cv-07355-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

On August 30, 2019, the parties filed a joint status report representing that they had settled the matter between them, and that all parties had executed the agreement with the exception of defendant Lorraine Tamayo, who was expected to "forward her executed settlement documents shortly." Dkt. No. 39. Plaintiff Scott Johnson represented that he would dismiss the action once he received the executed documents and other necessary settlement materials. *Id.* Two weeks have passed since the parties' joint status report, and Mr. Johnson has not yet dismissed the action.

On or before **September 19, 2019**, plaintiff Scott Johnson and defendants Lorraine Tamayo and Enrique Olmos Tejeda shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because Ms. Tamayo and Mr. Tejeda have filed an answer, they and Mr. Johnson must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

On or before **September 19, 2019**, Mr. Johnson shall file a voluntary dismissal of his claims against defendant An Phuong, LLC ("An Phuong") pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Although An Phuong has appeared (Dkt. No. 36), it has not yet responded to the complaint, therefore Mr. Johnson must file a notice of dismissal pursuant to Rule 41(a)(1)(i).

If dismissals are not filed by the specified date, then the parties shall appear in Courtroom 2, Fifth Floor, 280 South First Street, California on **September 24, 2019, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **September 20, 2019** advising as to (1) the status of their activities in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If the dismissals filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

All deadlines set in the Court's August 20, 2019 case management order (Dkt. No. 34) remain as scheduled.

**IT IS SO ORDERED.**

Dated: September 16, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge